Probation Form No. 35
(5/01)

### Report and Order Terminating Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.                                           Case No.: 1:18cr79LG-JCG-001

IVAN SPINNER

On January 17, 2019, the above named was placed on supervised release for a period of three years which commenced on July 10, 2019. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Ivan Spinner be discharged from supervision.

Respectfully submitted,

Kurt Raymond
U.S. Probation Officer



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Jul 19 2021
ARTHUR JOHNSTON, CLERK

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 19TH day of July, 2021.

Honorable Louis Guirola, Jr.
U.S. District Court Judge